# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CIVIL DOCKET FOR CASE #: <u>4:25−cv−00123−BSM</u>
### *Internal Use Only*

Gilberti v. Clinton et al
Assigned to: Judge Brian S. Miller
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/10/2025
Date Terminated: 05/28/2025
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

<u>**Plaintiff**</u>

**Joseph D Gilberti, Jr**
*2024−2237*
*PE, a licensed Professional Engineer in
the State of Florida*

represented by   **Joseph D Gilberti, Jr**
2024−2237
Sarasota County Jail
2020 Main Street
Sarasota, FL 34237
PRO SE

V.

<u>**Defendant**</u>

**William Jefferson Clinton**
*Bill*

<u>**Defendant**</u>

**George W Bush**

<u>**Defendant**</u>

**Donna Marie Padar**
*Judge*

<u>**Defendant**</u>

**World Economic Forum**

<u>**Defendant**</u>

**World Bank Group**
*The International Bank for Reconstruction
and Development (IBRD)*

<u>**Defendant**</u>

**International Development Association**
*IDA*

<u>**Defendant**</u>

**New Development Bank**
*BRICS BANKS*

<u>**Defendant**</u>

**James Amschel Victor Rothschild**

<u>**Defendant**</u>

**Nicholas David Rothschild**

<u>**Defendant**</u>

**Lady Lynn Forester de Rothschild**

<u>**Defendant**</u>

**Holy See**
*The Vatican City State*

<u>**Defendant**</u>

**David Mayer de Rothschild**

<u>**Defendant**</u>

**National Football League**
*NFL*

<u>**Defendant**</u>

**National Basketball Association**
*NBA*

<u>**Defendant**</u>

**Major League Baseball**
*MLB*

<u>**Defendant**</u>

**National Association for Stock Car
Auto Racing**
*NASCAR*

<u>**Defendant**</u>

**Mary Ross Agosta**

<u>**Defendant**</u>

**Barron Trump**

<u>**Defendant**</u>

**Ryan Snyder**
*Attorney*

<u>**Defendant**</u>

**Stephen Walker**
*Judge*

<u>**Defendant**</u>

**Blackstone Inc**

<u>**Defendant**</u>

**State Street Corporation**

<u>**Defendant**</u>

**Morgan Stanley**

<u>**Defendant**</u>

**Apollo Global Management Inc**

<u>**Defendant**</u>

**Goldman Sachs Group Inc**

<u>**Defendant**</u>

**JPMorgan Chase Bank National Association**
*JPMCB*

<u>**Defendant**</u>

**JPMorgan Chase & Co**

<u>**Defendant**</u>

**James David Vance**
*Vice President*

<u>**Defendant**</u>

**Melania Trump**

<u>**Defendant**</u>

**New York University**

<u>**Defendant**</u>

**University of Washington**

<u>**Defendant**</u>

**University of Arkansas**

<u>**Defendant**</u>

**Arkansas State University**

<u>**Defendant**</u>

**Lara Trump**

**Defendant**

**Vern Buchanan**
*US Congressman*

**Defendant**

**Al Gore**

**Defendant**

**Eric Trump**

**Defendant**

**Emma Gonzales**

**Defendant**

**Ivanka Trump**

**Defendant**

**Andrew Rosin**
*PA*

**Defendant**

**Hunter Carroll**
*Judge*

**Defendant**

**Donald Trump, Jr**

**Defendant**

**Marjorie Stoneman Douglas School**

**Defendant**

**Omar A Williams**
*Judge*

**Defendant**

**Gavin Newsom**
*Governor*

**Defendant**

**Kathy Hochul**
*Governor*

**Defendant**

**Scott Israel**
*Sheriff*

<u>Defendant</u>

**James Dominguez**
*Judge*

<u>Defendant</u>

**Caroyln Delano**
*Judge*

<u>Defendant</u>

**Royal Palm Beach, Town of**

<u>Defendant</u>

**Port Everglades**

<u>Defendant</u>

**James Conrad**
*Judge*

<u>Defendant</u>

**Mark Wolfe**
*Judge*

<u>Defendant</u>

**Palm Beach County Board of County Commissioners**

<u>Defendant</u>

**Kimberly Carlton Bonner**

<u>Defendant</u>

**Lee Pallardy**

<u>Defendant</u>

**Broward County Board of County Commissioners**

<u>Defendant</u>

**Thomas Howze**

<u>Defendant</u>

**National Sheriff's Association**

<u>Defendant</u>

**Royal Beach, Town of**

**Defendant**

**Lee County Board of County Commissioners**

**Defendant**

**West Palm Beach, City of**

**Defendant**

**Boca Raton, City of**

**Defendant**

**Miami, City of**

**Defendant**

**Miami Port Authority**

**Defendant**

**12th Judicial Circuit of Florida**

**Defendant**

**13th Judicial Circuit of Florida**

**Defendant**

**Chad Chronister**
*Sheriff*

**Defendant**

**Sarasota County Board of County Commissioners**

**Defendant**

**Dade County Board of County Commissioners**

**Defendant**

**Hillsborough County Board of County Commissioners**

**Defendant**

**South Florida Water Management District**

**Defendant**

**Benderson Development**

**Defendant**

**US Congress**

**Defendant**

**Pennsylvania Department of
Environmental Protection Agency**

**Defendant**

**Arkansas Division of Environmental
Quality**

**Defendant**

**Luis Rivera**
*Bankruptcy Trustee*

**Defendant**

**Edward J DeBartolo**

**Defendant**

**Southwest Florida Water Management
District**

**Defendant**

**Tampa Central Command MacDill Air
Force Base**

**Defendant**

**Metropolitan Planning Council**

**Defendant**

**Matt Gaetz**

**Defendant**

**Richard Bruce Cheney**
*Dick*

**Defendant**

**Thomas Krug**
*Judge*

**Defendant**

**Central Intelligence Agency**
*CIA*

**Defendant**

**Jeff Bezos**

**Defendant**

**Warren Buffet**

**Defendant**

**Maria Ruhl**
*Judge*

**Defendant**

**Don T Hall**
*Judge*

**Defendant**

**James Parker**
*Judge*

**Defendant**

**South Florida Regional Planning
Council**

**Defendant**

**Dana Moss**
*Judge*

**Defendant**

**George A O'Toole, Jr**
*Judge*

**Defendant**

**Southwest Florida Regional Planning
Council**

**Defendant**

**Rockefeller Group International Inc**

**Defendant**

**McHugh**
*Judge*

**Defendant**

**Darrin P Gayles**
*Judge*

**Defendant**

**Jose E Martinez**
*Judge*

**Defendant**

**Laura Taylor Swain**
*Judge*

**Defendant**

**Rockefeller Capital Management**

**Defendant**

**Ed Brodsky**
*State Attorney*

**Defendant**

**Juan Merchan**
*Judge*

**Defendant**

**Treasure Coast Regional Planning
Council**

**Defendant**

**Charles Williams**
*Judge*

**Defendant**

**Thomas Barber**
*Judge*

**Defendant**

**Cape Coral, City of**

**Defendant**

**Naples, City of**

**Defendant**

**Fort Myers, City of**

**Defendant**

**Geoffrey H Gentile**
*Judge*

**Defendant**

**Martin Fein**
*Judge*

**Defendant**

**Seminole Tribe Hard Rock Casino**

**Defendant**

**Sheri Polster Chappell**
*Judge*

**Defendant**

**Elizabeth Scherer**
*Judge*

**Defendant**

**Parkland, City of**

**Defendant**

**David Hogg**

**Defendant**

**Loren AliKhan**
*Judge*

**Defendant**

**Manatee County Board of County Commissioners**

**Defendant**

**Davy, Town of**

**Defendant**

**Nikolas Cruz**

**Defendant**

**Martha Pacold**
*Judge*

**Defendant**

**Carmine Marceno**
*Sheriff*

**Defendant**

**Kurt Hoffman**
*Sheriff*

**Defendant**

**Florida Department of Environmental Protection**

**Defendant**

**Greenberg Traurig Law**

**Defendant**

**Ketanji Brown Jackson**
*Judge*

**Defendant**

**Florida Department of Law
Enforcement**

**Defendant**

**Liam O'Grady**
*Judge*

**Defendant**

**Federal Bureau of Investigation**
*FBI*

**Defendant**

**Michael Waltz**

**Defendant**

**Madeline Cox Arleo**
*Judge*

**Defendant**

**Elon Musk**

**Defendant**

**Marco Rubio**
*Senator*

**Defendant**

**Susie Wiles**

**Defendant**

**Donald M Middlebrooks**
*Judge*

**Defendant**

**David S Leibowitz**

**Defendant**

**Rudy Giuliani**

**Defendant**

**Yale University**

**Defendant**

**Ron DeSantis**

**Defendant**

**Aileen Cannon**
*Judge*

**Defendant**

**Rockefeller Financial Services**

**Defendant**

**Donald J Trump**

**Defendant**

**Harvard University**

**Defendant**

**Ohio State University**

**Defendant**

**Ariana Rockefeller**

**Defendant**

**Valerie Rockefeller**

**Defendant**

**Thomas Widen**
*State Attorney*

**Defendant**

**Francis Jorge Mario Bergoglio**
*Pope*

**Defendant**

**Nancy Pelosi**

**Defendant**

**Hillary Clinton**

**Defendant**

**Barrack Obama**

**Defendant**

**Michelle Obama**

**Defendant**

**Josh Shapiro**
*Governor*

**Defendant**

**Wes Moore**
*Governor*

**Defendant**

**Florida State University**

**Defendant**

**Kamala Harris**

**Defendant**

**Tim Waltz**

**Defendant**

**Philadelphia City Council**

**Defendant**

**Pennsylvania State Police**

**Defendant**

**Christopher Shaw**

**Defendant**

**Ashley Moody**
*Attorney General*

**Defendant**

**US Department of Transportation**

**Defendant**

**Department of Interior**

**Defendant**

**Sheila Sanghvi**

**Defendant**

**Eric Adams**
*Mayor*

**Defendant**

**Council of National Defense**

**<u>Defendant</u>**

**New York City Council**

**<u>Defendant</u>**

**New York Port Authority**

**<u>Defendant</u>**

**Washington Public Ports Association**

**<u>Defendant</u>**

**Rick Scott**
*Senator*

**<u>Defendant</u>**

**United States Geological Survey**

**<u>Defendant</u>**

**Washington Post**

**<u>Defendant</u>**

**University of Miami**

**<u>Defendant</u>**

**Cleveland City Council**

**<u>Defendant</u>**

**ExxonMobil**

**<u>Defendant</u>**

**Rockefeller Foundation**

**<u>Defendant</u>**

**Scott Freyre**

**<u>Defendant</u>**

**Environmental Protection Agency**
*EPA*

**<u>Defendant</u>**

**Army Corps of Engineers**

**<u>Defendant</u>**

**Pennsylvania State University**

**<u>Defendant</u>**

**Natural Resources Defense Council**

<u>**Defendant**</u>

**US Surgeon General**

<u>**Defendant**</u>

**National Security Council**

<u>**Defendant**</u>

**Department of State**

<u>**Defendant**</u>

**US National Guard**

<u>**Defendant**</u>

**Human Health and Services**

<u>**Defendant**</u>

**Pete Hegseth**

<u>**Defendant**</u>

**Kristi Noem**

<u>**Defendant**</u>

**John Ratcliffe**

<u>**Defendant**</u>

**Tulsi Gabbard**

<u>**Defendant**</u>

**Lee Zeldin**

<u>**Defendant**</u>

**Elise Stefanik**

<u>**Defendant**</u>

**Robert F Kennedy, Jr**

<u>**Defendant**</u>

**Doug Burgum**

<u>**Defendant**</u>

**Doug Collins**

<u>**Defendant**</u>

**Chris Wright**

**Defendant**

**James Blair**

**Defendant**

**Taylor Budowich**

**Defendant**

**Stephen Miller**

**Defendant**

**Dan Scavino**

**Defendant**

**Thomas Homan**

**Defendant**

**Bill McGinley**

**Defendant**

**Steven Cheung**

**Defendant**

**Karoline Leavitt**

**Defendant**

**Will Scharf**

**Defendant**

**Sergio Gor**

**Defendant**

**Vivek Ramaswamy**

**Defendant**

**Brendan Carr**

**Defendant**

**Howard Lutnick**

**Defendant**

**Linda McMahon**

**Defendant**

**Sean Duffy**

<u>**Defendant**</u>

**Dean John Sauer**

<u>**Defendant**</u>

**Todd Blanche**

<u>**Defendant**</u>

**Steven Witkoff**

<u>**Defendant**</u>

**Michael Huckabee**

<u>**Defendant**</u>

**Marjorie Taylor Greene**

<u>**Defendant**</u>

**Wink News**

<u>**Defendant**</u>

**Mosaic Fertilizer**

<u>**Defendant**</u>

**Pfizer Pharmaceutical Industry
Company**

<u>**Defendant**</u>

**United Nations**

<u>**Defendant**</u>

**Bill Gates**

<u>**Defendant**</u>

**Mark Zuckerberg**

<u>**Defendant**</u>

**Canadian National Railway**

<u>**Defendant**</u>

**CSX Transportation Inc**

<u>**Defendant**</u>

**BlackRock Inc**

<u>**Defendant**</u>

**Byron Donalds**
*US Congressman*

<u>**Defendant**</u>

**Alvin Bragg**
*Attorney*

<u>**Defendant**</u>

**Letitia James**
*AG*

<u>**Defendant**</u>

**Baltimore City Council**

<u>**Defendant**</u>

**New York Department of Environmental Protection**
*NYDEP*

<u>**Defendant**</u>

**Paul Diamond**
*Judge*

<u>**Defendant**</u>

**Department of Government Efficiency**
*DOGE*

<u>**Defendant**</u>

**Washington State Department of Ecology**

<u>**Defendant**</u>

**Washington City Council**

<u>**Defendant**</u>

**Pentagon**

<u>**Defendant**</u>

**Does**
*Archdiocese of Venice, Washington, Los Angeles, Baltimore, et al; Catholic Diocese of Little Rock; Governors of Alabama, Alaska, Arizona, Arkansas et al*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2025 | 1 | MOTION for Leave to Proceed in forma pauperis by Joseph D Gilberti, Jr. (ldb) (Entered: 02/11/2025) |
| 02/10/2025 | 2 | COMPLAINT with Jury Demand against All Defendants, filed by Joseph D Gilberti, Jr. (Attachments: # 1 Civil Cover Sheet) (ldb) (Entered: 02/11/2025) |
| 04/08/2025 | 3 | ORDER directing Gilberti to either pay the $405 filing fee or file a complete in forma pauperis application within 30 days; and directing the Clerk to mail Gilberti an in forma pauperis application, including certificate and calculation sheet, along with a copy of this order and a docket of the docket sheet. Signed by Judge Brian S. Miller on 4/8/2025. (jak) (Entered: 04/08/2025) |
| 04/24/2025 | 4 | Mail Returned Undeliverable as to Joseph D Gilberti Jr re 3 Order. (fjg) (Entered: 04/24/2025) |
| 05/28/2025 | 5 | ORDER dismissing without prejudice 2 Joseph Gilberti's complaint; and denying as moot 1 Gilberti's pending incomplete motion to proceed in forma pauperis. Signed by Judge Brian S. Miller on 5/28/2025. (ljb) (Entered: 05/28/2025) |
| 05/28/2025 | 6 | JUDGMENT: Consistent with 5 order entered today, this case is dismissed without prejudice. Signed by Judge Brian S. Miller on 5/28/2025. (ljb) (Entered: 05/28/2025) |
| 05/28/2025 | 7 | APPELLATE FILING FEE NOTICE to Plaintiff. (ljb) (Entered: 05/28/2025) |
| 06/09/2025 | 8 | OBJECTION to 5 Order, by Joseph D Gilberti, Jr. (ajj) (Entered: 06/09/2025) |
| 06/09/2025 | 9 | NOTICE OF APPEAL as to 5 Order, 6 Judgment by Joseph D Gilberti, Jr. (ldb) (Entered: 06/09/2025) |
| 06/09/2025 | 10 | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 9 Notice of Appeal re 5 Order, 6 Judgment by Joseph D Gilberti, Jr. (ldb) (Entered: 06/09/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSEPH D. GILBERTI, JR.**                                                  **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00123-BSM**

**WILLIAM JEFFERSON CLINTON,** *et al.*                    **DEFENDANTS**

**ORDER**

Joseph Gilberti's complaint [Doc. No. 2] is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis* as directed, and the time to do so has expired.  *See* Doc. No. 3.  Gilberti's pending incomplete motion to proceed *in forma pauperis* [Doc. No. 1] is denied as moot.

IT IS SO ORDERED this 28th day of May, 2025.

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSEPH D. GILBERTI, JR.**                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00123-BSM**

**WILLIAM JEFFERSON CLINTON,** *et al.*                          **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

## In and for The United States Eastern District Court of Arkansas, AR

**Joseph D Gilberti PE**, a licensed Professional
Engineer in the State of Florida,

    Petitioner(s),

v.

**William Jefferson (Bill) Clinton**, et al

    Defendant(s).

_____/

Case: **25-cv-00123**

4:25-cv-123-BSM

**DEMAND FOR JURY TRIAL**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 9 2025

TAMMY H. DOWNS, CLERK

By:_____
                         **DEP CLERK**

### Notice of Appeal

Comes Now, Plaintiff, Joseph D. Gilberti, PE, pursuant to FRCP and FRAP hereby
appeals to the Order of Dismissal dated on May 28, 2025 (Docket #5), and received Order in
Sarasota Jail on June 02, 2025, to the US District Court of Appeals for the 8th Circuit per order of
dismissal (Docket #5). This lower court, Judge Brian S. Miller, dismissed this case knowing of
the timed terrorism events surrounding plaintiff's actions while exposing primary spring water,
in select isolated various remote locations across the country and the world, with lower water
bills to the tap and new medicine resources for America they dismissed this politically without a
care of the health and national defense these deep underground resources provide all Americans.
Also Knowing Plaintiff is illegally incarcerated and is indigent, instead of paying attention to the
facts and circumstances, showing some honor for the United States citizens, and calling a US
Senator or Congressman on Public Record Permits regarding a unique deep underground
medicinal antioxidant aquifer with endless capacity to the tap shown on statewide permits.
Conspiring against America per title 18 USC 241-242, Title 22 USC, HR 5736; conspiring to
hide global geological and geotechnical engineering knowledge from Americans and humanity
per Title 15 USC.

### Certificate of Service

I hereby Certify that an E-file copy of the aforementioned was filed on June 03,
2025, at the United States Eastern District Court of Arkansas Clerk of Court.

<u>Joseph Gilberti</u>
Joseph D Gilberti PE
Petitioner
813-470-6000
239-980-3149
Gilbertiwater@gmail.com
Sarasota911Connection@gmail.com
www.GilbertiBlueGold.com

**UNITED STATES POSTAL SERVICE**

Retail

**P**

US POSTAGE PAID
$10.10

Origin: 33931
06/03/25
1130800440-03

PRIORITY MAIL®

0 Lb 4.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/08/25

C041

SHIP
TO:
STE 149
600 W CAPITOL AVE
LITTLE ROCK AR 72201-3320

USPS TRACKING® #

9505 5139 3983 5154 1980 47

PRESS FIRMLY TO SEAL

PRIORITY®
MAIL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM: Joe Gilberti P.E.
LandTech Design Group Inc.
385 Donora Blvd
Fort Myers Beach, FL 33931

TO:
Richard Sheppard Arnold United States Courthouse

U.S. District Court
Eastern District of Arkansas
600 W Capitol Ave, Rm A149
Little Rock, AR 72201

Appellate Case: 25-2163     Page: 23     Date Filed: 06/12/2025 Entry ID: 5526298

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 6/9/2025

**Caption:** Gilberti v. Clinton et al

**Case No.:** 4:25-cv-00123-BSM

**Appellant:** Joseph D Gilberti, Jr

**Appellant's Attorney(s):** Pro Se

**Appellees:** Clinton et al

**Appellee's Attorney(s):** Dismissed Pre Service

**Court Reporter(s):** NA

**Name of Person who prepared appeal:** L. Beatty, Deputy Clerk (501-604-5358)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| NA | N | | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Pro Se | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
_____

**Special Comments:** _____